UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHYANN FINE BRATCHER,

Petitioner,

v.

WARDEN JUSINO,

Respondent.

Case No. 23-cv-02929-JSC

**ORDER TO SHOW CAUSE**

**INTRODUCTION**

Petitioner, a federal prisoner at the Federal Correctional Institute in Dublin, California, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. She has paid the filing fee. Because the petition, when liberally construed, states a claim that may warrant federal habeas relief, Respondent is ordered to show cause why it should not be granted.

**DISCUSSION**

I. Standard of Review

A district court may entertain a petition for a writ of habeas corpus challenging the execution of a federal sentence only on the ground the sentence is being executed "in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2241(c)(3); *United States v. Giddings*, 740 F.2d 770, 772 (9th Cir. 1984). The Court should "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243.

//

United States District Court
Northern District of California

II. Legal Claims

Petitioner seeks transfer to a "halfway house" or release from custody altogether because of threats of sexual assault and harassment, as well as exposure to asbestos and toxic mold that is hazardous to her medical condition, at FCI-Dublin, and repeated failures by prison officials to remedy these threats to Petitioner's safety. When liberally construed, Petitioner's claims warrant an answer from Respondent.

**CONCLUSION**

For the foregoing reasons and for good cause shown,

1. The Clerk shall serve a copy of this Order, and the petition, and all attachments thereto, on Respondent, the Warden of FCI-Dublin, and Respondent's attorney, the United States Attorney. The Clerk also shall serve a copy of this Order on Petitioner.

2 . Respondent shall also file with the Court and serve on Petitioner, on or before **December 21, 2023**, an answer showing cause why a writ of habeas corpus should not be granted. Respondent shall file with the answer and serve on Petitioner a copy of all records that are relevant to a determination of the issues presented by the petition. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse (a reply) with the Court and serving it on Respondent within **January 22, 2024**, of the date the answer is filed.

3. Respondent may, on or before **December 21, 2023**, file a motion to dismiss on procedural grounds in lieu of an answer. If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition on or before **January 22, 2024**, and Respondent shall file with the Court and serve on Petitioner a reply on or before **February 5, 2024**.

//

United States District Court
Northern District of California

4. It is Petitioner's responsibility to prosecute this case. Petitioner must keep the Court informed of any change of address by filing a separate paper captioned "Notice of Change of Address." She must comply with the Court's orders in a timely fashion. Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: October 20, 2023

JACQUELINE SCOTT CORLEY
United States District Judge